AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

OMNIPOINT HOLDINGS, INC.,

V.

THE TOWN OF SAUGUS, THE ZONING BOARD OF APPEALS OF THE TOWN OF SAUGUS, CATHERINE A. GALENIUS, ROBERT J. COX, BEN STURNIOLO, JOSEPH MCGOWAN and PETER BOGDAN in their capacities as members of the Saugus Zoning Board of Appeals

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-10737 NG**

TO: (Name and address of Defendant)

Ben Sturniolo
11 Rhodes Street
Saugus, MA  01906

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William A. Worth, Esq.
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA  02109-1024
(617) 456-8005

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK



DATE  4-12-04

I hereby certify and return that today, April 27, 2004, at 9:45 AM, I served a true and attested copy of the within Summons; Civil Cover Sheet; Category Sheet; and Complaint in this action upon the within named Ben Sturniolo, by leaving said copies at 11 Rhodes Street, Saugus, MA 01906 *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Ben Sturniolo, at 11 Rhodes Street, Saugus, MA 01906.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on April 27, 2004.

_____
**Dennis Mahoney**, Constable
& Disinterested Person over Age 18.

Service & Travel: $45.00

**Butler and Witten**
Boston, MA
(617) 325-6455