UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10737-NG

| | |
|---|---|
| OMNIPOINT HOLDINGS, INC., <br><br> Plaintiff <br><br> v. <br><br> THE TOWN OF SAUGUS, , THE ZONING BOARD OF APPEALS OF THE TOWN OF SAUGUS, CATHERINE A. GALENIUS, ROBERT J. COX, BEN STURNIOLO, JOSEPH MCGOWAN and PETER BOGDAN In their capacities as members of the Saugus Zoning Board of Appeals. <br><br> Defendants | ASSENTED-TO MOTION <br> TO ENLARGE TIME |

The defendants, The Town of Saugus, the Zoning Board of Appeals of the Town of Saugus, Catherine A. Galenius, Robert J. Cox, Ben Sturniolo, Joseph McGowan and Peter Bogdan in their capacities as members of the Saugus Zoning Board of Appeals hereby move this Honorable Court, pursuant to F. R. Civ. P. 6(b) to enlarge the time for the filing of Defendants' responsive pleading up to and including June 25, 2004. As grounds for this motion, defendants rely on the following:

1. Counsel for the defendants was appointed to represent the Town on or about May 18, 2004.

2. The enlargement of time is needed to enable counsel for the defendants to adequately prepare a responsive pleading.

3. The enlargement of time will not unduly delay the litigation.

4. The plaintiff assents to this motion.

WHEREFORE, the defendants request that they be permitted until June 25, 2004 to file their responsive pleading in the above-captioned action.

DEFENDANTS,

By their attorneys,

Joel B. Bard (BBO# 029140)
Patricia A. Cantor (BBO# 072380)
Kopelman and Paige, P.C.
  Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

ASSENTED TO:

OMNIPOINT HOLDINGS, INC.

By its attorney,

William A. Worth, Esq.
Prince, Lobel, Glovsky & Tye, LLP
585 Commercial Street
Boston, MA 02109-1024
(617) 456-8000

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on May 24 2004

221969/60700/0001