| LEONARD KOPELMAN | KOPELMAN AND PAIGE, P. C. | PATRICIA A. CANTOR |
| DONALD G. PAIGE | | THOMAS P. LANE, JR. |
| ELIZABETH A. LANE | ATTORNEYS AT LAW | MARY L. GIORGIO |
| JOYCE FRANK | | THOMAS W. MCENANEY |
| JOHN W. GIORGIO | 31 ST. JAMES AVENUE | KATHARINE GOREE DOYLE |
| BARBARA J. SAINT ANDRE | | GEORGE X. PUCCI |
| JOEL B. BARD | BOSTON, MASSACHUSETTS 02116-4102 | LAUREN F. GOLDBERG |
| JOSEPH L. TEHAN, JR. | | JASON R. TALERMAN |
| THERESA M. DOWDY | (617) 556-0007 | JEFFREY A. HONIG |
| DEBORAH A. ELIASON | FAX (617) 654-1735 | MICHELE E. RANDAZZO |
| RICHARD BOWEN | | GREGG J. CORBO |
| DAVID J. DONESKI | | RICHARD T. HOLLAND |
| JUDITH C. CUTLER | PITTSFIELD OFFICE | LISA C. ADAMS |
| KATHLEEN E. CONNOLLY | (413) 443-6100 | ELIZABETH R. CORBO |
| DAVID C. JENKINS | | MARCELINO LA BELLA |
| MARK R. REICH | | VICKI S. MARSH |
| BRIAN W. RILEY | NORTHAMPTON OFFICE | JOHN J. GOLDROSEN |
| DARREN R. KLEIN | (413) 585-8632 | SHIRIN EVERETT |
| JONATHAN M. SILVERSTEIN | | BRIAN E. GLENNON, II |
| ANNE-MARIE HYLAND | WORCESTER OFFICE | JONATHAN D. EICHMAN |
| | (508) 752-0203 | JOSEPH S. FAIR |
| EDWARD M. REILLY | | LAURA H. PAWLE |
| DIRECTOR WESTERN OFFICE | | JACKIE COWIN |
| | | SARAH N. TURNER |
| WILLIAM HEWIG III | | JEFFREY T. BLAKE |
| JEANNE S. McKNIGHT | | CAROLYN M. MURRAY |
| KATHLEEN M. O'DONNELL | | R. ERIC SLAGLE |

June 28, 2004

BY ELECTRONIC MAIL

Clerk
U.S. District Court
District of Massachusetts
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: Omnipoint Holdings, Inc. v. The Town of Saugus, et al.
(Saugus Zoning Board of Appeals)
United States District Court (District of Massachusetts), C.A. No. 04-10737-NG

Dear Sir/Madam:

Enclosed for filing in the above-referenced action, please find:

1. Defendants' Answer;
2. Defendants' Motion to Dismiss Count II; and
3. Defendants' Memorandum of Law in Support of Their Motion to Dismiss Count II.

By agreement of the parties, these pleadings are deemed timely filed today. Thank you for your assistance in this matter.

Very truly yours,

Patricia A. Cantor

PAC/rlf
Enc.
cc: Town Manager
Zoning Board of Appeals
Town Counsel
William A. Worth, Esq.

224775/60700/0559