| | KOPELMAN AND PAIGE, P. C. | |
|---|---|---|
| LEONARD KOPELMAN | | PATRICIA A. CANTOR |
| DONALD G. PAIGE | ATTORNEYS AT LAW | THOMAS P. LANE, JR. |
| ELIZABETH A. LANE | | MARY L. GIORGIO |
| JOYCE FRANK | 31 ST. JAMES AVENUE | THOMAS W. MCENANEY |
| JOHN W. GIORGIO | | KATHARINE GOREE DOYLE |
| BARBARA J. SAINT ANDRE | BOSTON, MASSACHUSETTS 02116-4102 | GEORGE X. PUCCI |
| JOEL B. BARD | | LAUREN F. GOLDBERG |
| JOSEPH L. TEHAN, JR. | (617) 556-0007 | JASON R. TALERMAN |
| THERESA M. DOWDY | FAX (617) 654-1735 | JEFFREY A. HONIG |
| DEBORAH A. ELIASON | | MICHELE E. RANDAZZO |
| RICHARD BOWEN | | GREGG J. CORBO |
| DAVID J. DONESKI | PITTSFIELD OFFICE | RICHARD T. HOLLAND |
| JUDITH C. CUTLER | (413) 443-6100 | LISA C. ADAMS |
| KATHLEEN E. CONNOLLY | | ELIZABETH R. CORBO |
| DAVID C. JENKINS | | MARCELINO LA BELLA |
| MARK R. REICH | NORTHAMPTON OFFICE | VICKI S. MARSH |
| BRIAN W. RILEY | (413) 585-8632 | JOHN J. GOLDROSEN |
| DARREN R. KLEIN | | SHIRIN EVERETT |
| JONATHAN M. SILVERSTEIN | | BRIAN E. GLENNON, II |
| ANNE-MARIE HYLAND | WORCESTER OFFICE | JONATHAN D. EICHMAN |
| | (508) 752-0203 | JOSEPH S. FAIR |
| EDWARD M. REILLY | | LAURA H. PAWLE |
| DIRECTOR WESTERN OFFICE | | JACKIE COWIN |
| | | SARAH N. TURNER |
| WILLIAM HEWIG III | July 20, 2004 | JEFFREY T. BLAKE |
| JEANNE S. McKNIGHT | | CAROLYN M. MURRAY |
| KATHLEEN M. O'DONNELL | | R. ERIC SLAGLE |

**BY ELECTRONIC MAIL**

Clerk
U.S. District Court
District of Massachusetts
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:  Omnipoint Holdings, Inc. v. The Town of Saugus, et al.
     (Saugus Zoning Board of Appeals)
     United States District Court (District of Massachusetts), C.A. No. 04-10737-NG

Dear Sir/Madam:

Enclosed for filing in the above-referenced action please find the Stipulation of Dismissal regarding Count II, which is being filed electronically. I also am sending by regular mail a courtesy copy marked "DO NOT SCAN" to the Court.

Thank you for your attention to this matter.

Very truly yours,

Patricia A. Cantor

PAC/rlf
Enc.
cc:  Town Manager
     Zoning Board of Appeals
     Town Counsel
     William A. Worth, Esq.

226570/60700/0559

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| OMNIPOINT HOLDINGS, INC, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>THE TOWN OF SAUGUS, THE ZONING )<br>BOARD OF APPEALS OF THE TOWN OF )<br>SAUGUS, CATHERINE A. GALENIUS, )<br>ROBERT J. COX, BEN STURNIOLO, )<br>JOSEPH MCGOWAN and PETER BOGDAN )<br>in their capacities as members of the )<br>Saugus Zoning Board of Appeals, )<br>)<br>Defendants. )<br>) | Civil Action No. 04-10737 NG |

### STIPULATION OF DISMISSAL

Now comes the above named parties and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that Omnipoint's claims as contained in Count II of the Complaint are hereby dismissed with prejudice, without costs and without the right of appeal.

**STIPULATED TO BY:**

_____          _____
Patricia A. Cantor, Esq. BBO# 072380           William A. Worth, Esq. BBO#544086
Kopelman & Paige, P.C.                                  Craig A. Tateronis, Esq. BBO# 553628
31 St. James Avenue                                       Prince, Lobel, Glovsky & Tye LLP
Boston, MA 02116                                            585 Commercial Street
                                                                          Boston, MA  02109-1024

Dated: July 20, 2004

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on July 20, 2004