UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

OMNIPOINT HOLDINGS, INC, )
)
Plaintiff, )
)
v. )        Civil Action No. 04-10737 NG
)
THE TOWN OF SAUGUS, THE ZONING )
BOARD OF APPEALS OF THE TOWN OF )
SAUGUS, CATHERINE A. GALENIUS, )
ROBERT J. COX, BEN STURNIOLO, )
JOSEPH MCGOWAN and PETER BOGDAN )
in their capacities as members of the )
Saugus Zoning Board of Appeals, )
)
Defendants. )

7-19-04
Civil

## ASSENTED TO MOTION TO EXTEND TIME
## TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiff moves that the time within which it must respond to Defendants' Motion to

Dismiss Count II of the Complaint be extended until and including August 20, 2004.  Defendants

have assented to this motion.

Respectfully submitted,
OMNIPOINT HOLDINGS, INC.
By its attorneys,

William A. Worth, Esq., BBO #544086
Craig M. Tateronis, Esq., BBO #553628
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109-1024
Tel: (617) 456-8000
Fax: (617) 456-8100

Assented to:

Patricia Cantor, Esq. BBO #72380
KOPELMAN & PAIGE, P.C.
31 St. James Avenue
Boston, MA 02116
Tel. (617) 556-0007

Date:  July 16, 2004

I hereby certify that a true copy of the above
document was served upon the attorney for each other party by first-class
mail, postage prepaid, on  7/16, 2004.

William A. Worth