Prince, Lobel, Glovsky & Tye LLP
Attorneys at Law

September 17, 2004

Ms. Maryellen Molloy
Courtroom Clerk to
The Honorable Nancy Gertner
United States District Court
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Omnipoint Holdings, Inc. v. The Town of Saugus, et al.
      (Saugus Zoning Board of Appeals)
      C. A. No. 04-10737-NG

Dear Ms. Molloy:

We represent the plaintiff Omnipoint Holdings, Inc. in the above-referenced matter, which involves alleged violations of the Federal Telecommunications Act, 47 U.S.C. § 332. We are writing to request a scheduling conference pursuant to Local Rule 16.1(A). Under 47 U.S.C. § 332, this matter is entitled to an expedited review, and Omnipoint requested such a review in its prayer for relief.

We would appreciate the Court's cooperation in scheduling a Rule 16.1 conference so that we can get this matter underway.

Thank you for your attention to this matter.

Very truly yours,

William A. Worth

WAW/cs
cc – P. A. Cantor, Esq.

PRINCE . LOBEL . GLOVSKY & TYE LLP