UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10737-NG

| | |
|---|---|
| OMNIPOINT HOLDINGS, INC., <br><br>   Plaintiff <br><br> v. <br><br> THE TOWN OF SAUGUS, THE ZONING BOARD OF APPEALS OF THE TOWN OF SAUGUS, CATHERINE A. GALENIUS, ROBERT J. COX, BEN STURNIOLO, PETER ROSSETTI, JR. and PETER BOGDAN in their capacities as members of the Saugus Zoning Board of Appeals, <br><br>   Defendants | <u>JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE</u> |

  The parties hereby move that the Scheduling Conference scheduled for November 3, 2004 be continued to after December 31, 2004 to enable the parties to finalize a settlement.

  As grounds for this Motion, the parties rely upon the following.

  1.  On October 26, 2004, they received notice of the Scheduling Conference scheduled for November 3, 2004 before Magistrate London.

  2.  They have agreed, in principle, to settle the litigation, need time to finalize the details of an agreement.

  3.  Holding the Scheduling Conference as scheduled will delay the process of settlement and be costly for the Court and the parties.

4. It is in the public interest and the interests of justice to continue the Scheduling Conference until after December 31, 2004, by which time the parties anticipate that an agreement for judgment will be filed with the Court.

| OMNIPOINT HOLDINGS, INC. | TOWN OF SAUGUS, ET AL., |
|---|---|
| By its attorney, | By their attorneys, |
| /s/ William A. Worth | /s/ Patricia A. Cantor |
| William A. Worth | Joel B. Bard |
| Prince, Lobel, Glovsky & Tye, LLP | Patricia A. Cantor |
| 585 Commercial Street | Kopelman and Paige, P.C. |
| Boston, MA 02109-1024 | 31 St. James Avenue |
| (617) 456-8000 | Boston, MA 02116 |
| | (617) 556-0007 |

234920/SAUG/0004