UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMNIPOINT HOLDINGS, INC, )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>THE TOWN OF SAUGUS, THE ZONING )<br>BOARD OF APPEALS OF THE TOWN OF )<br>SAUGUS, CATHERINE A. GALENIUS, )<br>ROBERT J. COX, BEN STURNIOLO, )<br>JOSEPH MCGOWAN and PETER BOGDAN )<br>in their capacities as members )<br>of the Saugus Zoning Board of )<br>Appeals, )<br>    Defendants. ) | C.A. No. 04-10737-NG<br>**LEAD DOCKET NUMBER** |
| OMNIPOINT HOLDINGS, INC, )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>THE TOWN OF SAUGUS, THE ZONING )<br>BOARD OF APPEALS OF THE TOWN OF )<br>SAUGUS, CATHERINE A. GALENIUS, )<br>ROBERT J. COX, BEN STURNIOLO, )<br>PETER ROSSETTI, JR. and PETER )<br>BOGDAN in their capacities as )<br>members of the Saugus Zoning Board )<br>of Appeals, )<br>    Defendants. ) | C.A. No. 04-11537-NG |

**ORDER OF CONSOLIDATION**
**October 29, 2004**

The two cases above are **ORDERED** consolidated under the **lead case, docket number 2004-10737-NG**, pursuant to Fed. R. Civ. P. 42. The cases involve common parties and common factual and legal issues because they are based on similar transactions.

**All future pleadings and submissions shall be filed only under the lead case number, 2004-10737-NG, and lead caption.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Dated: October 29, 2004**          /s/ Nancy Gertner
                                     **NANCY GERTNER, U.S.D.J.**