UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2004-CV-10737-NG

OMNIPOINT HOLDINGS, INC.,
Plaintiff

V.

THE TOWN OF SAUGUS, THE ZONING BOARD OF APPEALS
OF THE TOWN OF SAUGUS, CATHERINE A. GALENIUS,
ROBERT J. COX, BEN STURNIOLO, JOSEPH McGOWAN and
PETER BOGDAN in their capacities as members of the
Saugus Zoning Board of Appeals,
Defendants

**ORDER ON
JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE
(Docket # 19)**

ALEXANDER, M.J.

Based on the parties averment in their joint motion to continue the scheduling conference that they are engaged in efforts to settle this dispute and that they anticipate doing so by December 31, 2004, the Court ALLOWS the motion to continue the scheduling conference currently scheduled for November 3, 2004. If the Court does not receive notice that the parties have settled the dispute by December 31, 2004, the Court will re-schedule the Scheduling Conference.

SO ORDERED.

10/29/04
Date

United States Magistrate Judge