UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMNIPOINT HOLDINGS, INC,<br><br>        Plaintiff,<br>v.<br><br>THE TOWN OF SAUGUS, THE ZONING<br>BOARD OF APPEALS OF THE TOWN OF<br>SAUGUS, CATHERINE A. GALENIUS,<br>ROBERT J. COX, BEN STURNIOLO,<br>JOSEPH MCGOWAN and PETER BOGDAN<br>in their capacities as members of the<br>Saugus Zoning Board of Appeals,<br><br>        Defendants. | Civil Action No. 04-10737 NG |
| | **CONSOLIDATED CASES** |
| OMNIPOINT HOLDINGS, INC,<br><br>        Plaintiff,<br>v.<br><br>THE TOWN OF SAUGUS, THE ZONING<br>BOARD OF APPEALS OF THE TOWN OF<br>SAUGUS, CATHERINE A. GALENIUS,<br>ROBERT J. COX, BEN STURNIOLO,<br>PETER ROSSETTI, JR. and PETER BOGDAN<br>in their capacities as members of the<br>Saugus Zoning Board of Appeals,<br><br>        Defendants. | Civil Action No. 04-11537NG |

**JOINT MOTION FOR STAY PROCEEDINGS**

      The Parties hereto move that the above-captioned action be stayed until April 30, 2005, to enable the parties to finalize a settlement.

      As grounds for this motion, the parties state as follows:

1.	They have reached an agreement, in principle, to settle these matters in their entirety.

2.	Additional time is required by each party to finalize the underlying terms of settlement.

3.	The parties believe that the interests of justice will be served by staying this matter until April 30, 2005, or the filing of an Agreement for Judgment, whichever date is earlier reached.


| OMNIPOINT HOLDINGS, INC. | TOWN OF SAUGUS, ET AL., |
|---|---|
| By its attorney, | By their attorney, |
| /s/ William A. Worth | /s/ Patricia A. Cantor |
| William A. Worth | Patricia A. Cantor |
| BBO #544086 | BBO # 072380 |
| Prince, Lobel, Glovsky & Tye LLP | Kopelman and Paige, P.C. |
| 585 Commercial Street | 31 St. James Avenue |
| Boston, MA 02109 | Boston, MA 02116 |
| 617-456-8000 | 617-556-0007 |

Date:  December 28, 2004