UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMNIPOINT HOLDINGS, INC, <br><br> Plaintiff, <br> v. <br><br> THE TOWN OF SAUGUS, THE ZONING BOARD OF APPEALS OF THE TOWN OF SAUGUS, CATHERINE A. GALENIUS, ROBERT J. COX, BEN STURNIOLO, JOSEPH MCGOWAN and PETER BOGDAN in their capacities as members of the Saugus Zoning Board of Appeals, <br><br> Defendants. | Civil Action No. 04-10737 NG |
| | **CONSOLIDATED CASES** |
| OMNIPOINT HOLDINGS, INC, <br><br> Plaintiff, <br> v. <br><br> THE TOWN OF SAUGUS, THE ZONING BOARD OF APPEALS OF THE TOWN OF SAUGUS, CATHERINE A. GALENIUS, ROBERT J. COX, BEN STURNIOLO, PETER ROSSETTI, JR. and PETER BOGDAN in their capacities as members of the Saugus Zoning Board of Appeals, <br><br> Defendants. | Civil Action No. 04-11537NG |

**STATUS REPORT**

In accordance with the Court's Order in response to the Joint Motion to Stay filed by the parties in this case, plaintiff submits the following status report with respect to these consolidated cases.

1. The Parties have reached an agreement, in principle, to settle these matters in their entirety and the parties continue their efforts to finalize the underlying terms of settlement.

2. The Parties expect that they will not seek a further stay of this matter, but rather, that they will be able to reach a final settlement before April 30, 2005, when the stay of proceedings in this matter expires.

> Respectfully submitted,
>
> OMNIPOINT HOLDINGS, INC.
>
> By its attorney,
>
> /s/ William A. Worth
> William A. Worth , BBO #544086
> Prince, Lobel, Glovsky & Tye LLP
> 585 Commercial Street
> Boston, MA 02109-1024
> (617) 456-8005

Dated: February 24, 2005