UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
                                        )
OMNIPOINT HOLDINGS, INC,                )
                                        )
              Plaintiff                 )
                                        )
v.                                      )          Civil Action No. 04-10737 NG
                                        )
THE TOWN OF SAUGUS, THE ZONING          )
BOARD OF APPEALS OF THE TOWN OF         )
SAUGUS, CATHERINE A. GALENIUS,          )
ROBERT J. COX, BEN STURNIOLO,           )
JOSEPH MCGOWAN and PETER BOGDAN         )
in their capacities as members of the   )
Saugus Zoning Board of Appeals,         )
                                        )
              Defendants                )
_____)

                                                   **CONSOLIDATED CASES**

_____
                                        )
OMNIPOINT HOLDINGS, INC,                )
                                        )
              Plaintiff                 )
                                        )
v.                                      )          Civil Action No. 04-11537NG
                                        )
THE TOWN OF SAUGUS, THE ZONING          )
BOARD OF APPEALS OF THE TOWN OF         )
SAUGUS, CATHERINE A. GALENIUS,          )
ROBERT J. COX, BEN STURNIOLO,           )
PETER ROSSETTI, JR. and PETER BOGDAN    )
in their capacities as members of the   )
Saugus Zoning Board of Appeals,         )
                                        )
              Defendants                )
_____)

<u>STATUS REPORT</u>

In accordance with the Court's Order in response to the Joint Motion to Stay filed by the

parties in this case, the Defendants submit the following status report with respect to these

consolidated cases.

       1.     The Parties have reached an agreement, in principle, to settle these matters in their entirety and the parties continue their efforts to finalize the underlying terms of settlement.

       2.     The Parties expect that they will not seek a further stay of this matter, but rather, that they will be able to reach a final settlement before April 30, 2005, when the stay of proceedings in this matter expires.

                 TOWN OF SAUGUS, ET AL.,

                 By their attorneys,

                 /s/ Joel B. Bard
                 Joel B. Bard (BBO# 029140)
                 Patricia A. Cantor (BBO# 072380)
                 Kopelman and Paige, P.C.
                 31 St. James Avenue
                 Boston, MA 02116
                 (617) 556-0007

244598/60700/0587