# EXHIBIT A

Omnipoint's application with respect to the WCF at the NEPCO Pole site shall be subject to the following conditions:

A. The antennas shall be flush mounted on the NEPCO Pole.

B. The WCF shall not be lit.

C. Omnipoint shall comply with all relevant provisions of the Town of Saugus Zoning By-Laws, Article XIV, Wireless Communications Services District (a copy of which is attached to the Judgment as Exhibit 1, including: Section 14.3 (c), (j), (k), (l) (fencing shall be subject to approval of the Board), (m), (n), (o), (p) (except that the parking space shall be temporary), (q) (all utilities shall be installed underground), (s), (u), (v), (w), and (x).

D. Omnipoint shall also comply with the following additional conditions:

   (I) Within thirty days of the NEPCO Pole WCF becoming operational, Omnipoint shall provide the Board with a report from a radio frequency engineer regarding the radio frequency emissions from the WCF; this condition shall be in addition to the annual certification required under the By-laws, §14.3(w). The annual certification of compliance as required by the By-laws, §14.3, shall be provided to the Building Inspector on the annual anniversary date after the first report is filed.

   (II) In the event that at any time the radio frequency emissions from the WCF exceed FCC standards, Omnipoint shall immediately and in writing notify the Town and discontinue operations unless and until the emissions are reduced to FCC standards.

   (III) Omnipoint shall provide the Town with evidence that it has obtained a surety bond, in the amount of $12,500 (Twelve Thousand Five Hundred Dollars), to insure for the removal of the WCF in the event that the NEPCO Pole WCF is unused for a period of ninety days and Omnipoint has not dismantled and removed said WCF. In the event that the actual cost of removal exceeds the amount of the bond, Omnipoint shall pay the Town the difference between the amount of the bond and the actual cost of removal.

   (IV) Omnipoint shall provide the Town with written consent in the form attached hereto, from NEPCO and/or NEPCO's agent, assignee or successor, granting the Town the right to enter the NEPCO site for the purposes of removing and dismantling the unused WCF in the event that Omnipoint fails to do so.

   (V) At all times Omnipoint shall comply with all applicable federal, state and local requirements with respect to the operation of the WCF, and shall comply with all FCC requirements with respect to non-interference with

frequencies utilized by the Town of Saugus .

(VI) Omnipoint's ground equipment shelter shall be screened with landscaping, subject to the approval of NEPCO, or with fencing to be approved by the Town of Saugus. .

(VII) Omnipoint agrees that the above-referenced conditions and all other provisions of this Agreement are binding upon any successor to its interests herein, and that it will notify ify the Board of Appeals in the event it leases, subleases otherwise allows any other entity to lcoate at its WCF.