**EXHIBIT B**

Omnipoint's application with respect to the WCF at the Chestnut St. Site shall be subject to the following conditions:

A.  The Church Cupola WCF shall not be visible from outside of the exisiting structure and all antennas and other equipment associated with the WCF shall be completely enclosed within the existing church structure and the cupola.

B.  The Church Cupola WCF shall be architecturally consistent with and of the same material as the exisiting church structure, and the design and materials shall be subject to approval by the Board.

C.  The Church Cupola WCF shall not be lit.

D.  Omnipoint shall comply with all relevant provisions of the Town of Saugus Zoning By-Laws, Article XIV, Wireless Communications Services District (a copy of which is attached to the Judgment as Exhibit 1, including: Section 14.3 (c),(j) (the WCF shall not be visible from outside of the exisitng structure), (k)(the WCF shall be compeltely screened within the existing structure), (m), (n), (o) (the WCF shall not be lit), (p) (there shall be no additional parking at the exisitng structure), (q), (s), (u) (the WCF shall be completely screened within the cupola and existing structure), (v) (the WCF shall be located within the cupola and existing structure), (w), and (x).

E.  Omnipoint shall also comply with the following additional conditions:

  (I)   Within thirty days of the Church Cupola WCF becoming operational, Omnipoint shall provide the Board with a report from a radio frequency engineer regarding the radio frequency emissions from the WCF; this condition shall be in addition to the annual certification required under the By-laws, §14.3(w). The annual certification of compliance as required by the By-laws, §14.3, shall be provided to the Building Inspector on the annual anniversary date after the first report is filed.

  (II)  In the event that at any time the radio frequency emissions from the WCF exceed FCC standards, Omnipoint shall immediately and in writing notify the Town and discontinue operations unless and until the emissions are reduced to FCC standards.

  (III) Omnipoint shall provide the Town evidence that it has obtained a surety bond in the amount of $12,500 (Twelve Thousand Five Hundred Dollars) for the removal of the WCF in the event that the Church Cupola WCF is unused for a period of ninety days and Omnipoint has not dismantled and removed said WCF. In the event that the actual cost of removal exceeds the amount of the bond, Omnipoint shall pay the Town the difference between the amount of the bond and the actual cost of removal.

(IV)   Omnipoint shall provide the Town with written consent in the form attached hereto, from the owner of the Chestnut St. site, granting the Town the right to enter the Chestnut Street site for the purposes of removing and dismantling the unused WCF in the event that Omnipoint fails to do so.

(V)    At all times Omnipoint shall comply with all applicable federal, state and local requirements with respect to the operation of the WCF, and shall comply with all FCC requirements with respect to non-interference with frequencies utilized by the Town of Saugus .

(VI)   Omnipoint agrees that the above-referenced conditions and all other provisions of this Agreement are binding upon any successor to its interests herein, and that it will notify ify the Board of Appeals in the event it  leases, subleases otherwise allows any other entity to lcoate at its WCF.