UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMNIPOINT HOLDINGS, INC,<br><br>  Plaintiff,<br><br>v.<br><br>THE TOWN OF SAUGUS, THE ZONING BOARD OF APPEALS OF THE TOWN OF SAUGUS, CATHERINE A. GALENIUS, ROBERT J. COX, BEN STURNIOLO, JOSEPH MCGOWAN and PETER BOGDAN in their capacities as members of the Saugus Zoning Board of Appeals,<br><br>  Defendants. | Civil Action No. 04-10737 NG<br><br><br><br>**CONSOLIDATED CASES** |
| OMNIPOINT HOLDINGS, INC,<br><br>  Plaintiff,<br>v.<br><br>THE TOWN OF SAUGUS, THE ZONING BOARD OF APPEALS OF THE TOWN OF SAUGUS, CATHERINE A. GALENIUS, ROBERT J. COX, BEN STURNIOLO, PETER ROSSETTI, JR. and PETER BOGDAN in their capacities as members of the Saugus Zoning Board of Appeals,<br><br>  Defendants. | Civil Action No. 04-11537NG |

## PROPOSED JUDGMENT AND ORDER

Pursuant to Section 704 of the Telecommunications Act of 1996, codified at 47 U.S.C. § 332(c)(7) (the "TCA"), the parties' Agreement for Judgment filed with this Court, the documents

and information submitted in this action, and based on applicable law, the Court finds and orders as follows:

1. That Final Judgment hereby enters in favor of the Plaintiff Omnipoint Holdings, Inc. ("Omnipoint") with respect to each of the above-numbered cases and finds that the denial, by the Saugus Zoning Board of Appeals' denial of Omnipoint's January 14, 2004 application for a special permit and said Board's denial of Omnipoint's March 31, 2004 application for a use variance (the "Applications") violate the TCA in that neither denial was supported by substantial evidence contained in a written record.

2. That the decision of the defendant the Town of Saugus Zoning Board of Appeals (the "Board") on Omnipoint's Application with respect to Omnipoint's proposed wireless communications facility ("WCF") to be located at NEPCO Pole #19 ("the NEPCO Pole Site"), which decision was filed with the Saugus Town Clerk on March 11, 2004, shall be and hereby is (a) vacated to the extent it denied a request for special permit to alter a pre-existing nonconforming use and structure with respect to Omnipoint's proposed WCF at the NEPCO Pole Site and is (b) amended to grant said special permit request for Omnipoint's WCF in accordance with the plans filed with the Board as part of Omnipoint's Application, as modified by the Agreement for Judgment filed by the parties with respect to the above-referenced cases and consistent with the Town of Saugus Zoning By-Laws, which are attached to said Agreement for Judgment as Exhibit 1. The terms and conditions set forth in the Agreement for Judgment, including specifically Exhibits A and B thereto, are hereby incorporated in this Judgment and Order.

3. That the decision of the defendant the Town of Saugus Zoning Board of Appeals (the "Board") on Omnipoint's Application with respect to Omnipoint's proposed

wireless communications facility ("WCF") to be located at the church building at 83 Chestnut Street, Saugus ("the Chestnut Street Site"), which decision was filed with the Saugus Town Clerk on June 10, 2004, shall be and hereby is (a) vacated to the extent it denied a request for a use variance with respect to Omnipoint's proposed WCF at the Chestnut Street Site and is (b) amended to grant said use variance for Omnipoint's WCF in accordance with the plans filed with the Board as part of Omnipoint's Application as modified by the Agreement for Judgment filed by the parties with respect to the above-referenced cases and consistent with the Town of Saugus Zoning By-Laws, which are attached to said Agreement for Judgment as Exhibit 1. The terms and conditions set forth in the Agreement for Judgment, including specifically Exhibits A and B thereto, are hereby incorporated in this Judgment and Order.

4. Each party shall bear their own costs and fees.

So ordered:

_____, J.
United States District Court