UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OMNIPOINT HOLDINGS, INC.
    Plaintiff

V.                                    CIVIL NO. 04-10737 NG

THE TOWN OF SAUGUS
THE ZONING BOARD OF APPEALS
    OF THE TOWN OF SAUGUS
CATHERINE A. GALENIUS
ROBERT J. COX
BEN STURNIOLO
JOSEPH MCGOWAN
PETER BOGDAN
    Defendants

## ORDER

### DIRECTING THE PARTIES TO FILE A STIPULATION OF DISMISSAL

April 29, 2005

ALEXANDER, M. J.

In that this Court has been advised by counsel on this date, that the parties have reached a settlement, the parties are hereby directed to file a Stipulation of Dismissal with the Clerk's Office no later than May 30, 2004.

**SO ORDERED**.

                                              /S/ Joyce London Alexander
                                              United States Magistrate Judge