UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMNIPOINT HOLDINGS, INC, <br><br> Plaintiff, <br><br> v. <br><br> THE TOWN OF SAUGUS, THE ZONING BOARD OF APPEALS OF THE TOWN OF SAUGUS, CATHERINE A. GALENIUS, ROBERT J. COX, BEN STURNIOLO, JOSEPH MCGOWAN and PETER BOGDAN in their capacities as members of the Saugus Zoning Board of Appeals, <br><br> Defendants. | Civil Action No. 04-10737 NG |
| | **CONSOLIDATED CASES** |
| OMNIPOINT HOLDINGS, INC, <br><br> Plaintiff, <br> v. <br><br> THE TOWN OF SAUGUS, THE ZONING BOARD OF APPEALS OF THE TOWN OF SAUGUS, CATHERINE A. GALENIUS, ROBERT J. COX, BEN STURNIOLO, PETER ROSSETTI, JR. and PETER BOGDAN in their capacities as members of the Saugus Zoning Board of Appeals, <br><br> Defendants. | Civil Action No. 04-11537NG |

## STIPULATION OF DISMISSAL

The parties to this action, pursuant to F.R. Civ. P. 41(a) hereby dismiss this action, with prejudice, without costs and without right of appeal, subject to and conditional upon the Judgment and Order entered

by the Court in this matter on May 5, 2005.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| OMNIPOINT HOLDINGS, INC. | TOWN OF SAUGUS, ET AL., |
| By its attorney, | By their attorneys, |
| /s/ William A. Worth | /s/ Patricia A. Cantor by WAW |
| William A. Worth | Joel B. Bard |
| BBO #544086 | BBO #029140 |
| Prince, Lobel, Glovsky & Tye LLP | Patricia A. Cantor |
| 585 Commercial Street | BBO # 072380 |
| Boston, MA 02109 | Kopelman and Paige, P.C. |
| (617) 456-8000 | 31 St. James Avenue |
| | Boston, MA 02116 |
| | (617) 556-0007 |

Date: May 23, 2005